**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gregory JONES, a/k/a Boo,**
**Defendant–Appellant.**

**No. 02–7121.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2002.

Decided Jan. 8, 2003.

Gregory Jones, Appellant Pro Se. Robert Reeves Harding, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Gregory Jones seeks to appeal the district court's orders denying relief on his motion filed under 28 U.S.C. § 2255 (2000) and denying reconsideration of that order. We have reviewed the record and conclude for the reasons stated by the district court that Jones has not made a substantial showing of the denial of a constitutional right. *See United States v. Jones,* No. CR–95–234; CA–99–186–L (D.Md. May 21, 2002; June 27, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*